IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | Criminal No. |
| JEREMY SMITH (1) | § § § | 2-09CR-032-J |

INDICTMENT

The Grand Jury charges:

Count One
Mailing Threats to Damage or Destroy Property
(Violation of 18 U.S.C. § 844(e))

On or about March 5, 2009, in the Amarillo Division of the Northern District of Texas, and elsewhere, the defendant, **Jeremy Smith**, did knowingly and willfully, through the use of the mail, an instrument of interstate commerce, make a threat and maliciously convey false information knowing the same to be false, concerning an attempt and alleged attempt being made and to be made to the United States Department of Justice and Federal Bureau of Investigation, to kill, injure, and intimidate an individual and individuals, and to unlawfully damage and destroy a building, to wit, Federal Buildings, and further, the communication contained threats to kill Americans, set fire and bomb Federal buildings, to kill U.S. Mail carriers, to kill Federal agents and the President of the United States, to commit a suicide bombing, and to commit other violent acts.

**Indictment - Page 1**
M:G-C/SMITH.844e.IND.WPD

In violation of 18 U.S.C. § 844(e).

A TRUE BILL:

*[signature]*
FOREPERSON

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

*[signature]*
CHRISTY L. DRAKE
Assistant United States Attorney
Texas State Bar No. 06104500
500 S. Taylor, Suite 300, Box 238
Amarillo, Texas 79101
Telephone:   806.324.2356
Facsimile:   806.324.2399
E-Mail:      christy.drake@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

VS.

JEREMY SMITH (1)

INDICTMENT

18 U.S.C. § 844(e)
Mailing Threats to Damage or Destroy Property

(1 Count)

A true bill rendered:

AMARILLO

Filed in open court this _____ day of APR 21 2009 , A.D. 2009.

_____ Deputy Clerk

Warrant to issue Defendant.

_____
UNITED STATES DISTRICT JUDGE
NO PENDING CRIMINAL COMPLAINT

Indictment Cover - Page 2
M:G-C/SMITH.844e.ICO.WPD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No
Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____
Search Warrant Case Number ___N/A___
R 20 from District of ___N/A___
Magistrate Case Number ___N/A___

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No
   If Yes, Matter to be sealed:
   ☐ Yes ☒ No

   ___ Summons   _X_ Warrant   ___ In Custody

   **2-09CR-032-J**

   Defendant Name: Jeremy SMITH (1)
   Alias Name: ____
   Address: ____

   County in which offense was committed: Potter Cnty

2. **U.S. Attorney Information**

   AUSA: Christy Drake       Bar #: 06104500

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: ____

4. **Location Status**

   Arrest Date: ____

   ☐ Already in Federal Custody as of _____ in _____
   ☒ Already in State Custody
   ☐ On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 1   ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 USC 844(e) | Mailing Threats to Damage or Destroy Property | 1 |

   (May be continued on reverse)

   Date: 4-17-09       Signature of AUSA: /s/ Christy L. Drake