AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

| Northern | District of | Texas |
|---|---|---|

UNITED STATES OF AMERICA

V.

JEREMY SMITH

**WARRANT FOR ARREST**

Case Number: 2:09-CR-32

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JEREMY SMITH

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petiton   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her (brief description of offense)

MAILING THREATS TO DAMAGE OR DESTROY PROPERTY

in violation of Title  18   United States Code, Section(s)   844(e)

Karen Mitchell, U.S. District Court Clerk

Name and Title of Issuing Officer

Judge Mary Lou Robinson

By:  Delynda Smith

_Karen Mitchell_

Signature of Issuing Officer

Apr 21, 2009

Date

Amarillo, TX

Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |