UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 2 4 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| V. | § CRIMINAL NO: 2:09-CR-032 |
| JEREMY SMITH (1) | § |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus (X) ad prosequendum ( ) ad testificandum and

1. Name of Detainee:   JEREMY SMITH
   TDCJ No. 1323557

2. Detained by:  The United States Marshal for the Northern District of Texas
   The Warden, Montford Unit, Lubbock, TX 79404

3. Detainee is charged in this district by (X) Indictment ( ) Information ( ) Complaint, OR is a witness not otherwise available by the ordinary process of the Court.

4. Appearance is necessary on  May 8, 2009 @ 9:30 a.m.  for Initial Appearance in the United States Magistrate Court in Amarillo, Texas.

5. State officials and the Marshals Service have been consulted and are unaware of any scheduling conflicts.

_____
CHRISTY L. DRAKE
Assistant United States Attorney

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum                                        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date Signed: April 24, 2009    _____
CLINTON E. AVERITTE
United States Magistrate Judge

(CHARGE: 18 U.S.C. § 844(e); Mailing Threats to Damage or Destroy Property )