# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CASE NO. 2:09-CR-032 (1)** |
| | § | **"ECF"** |
| **JEREMY SMITH** | § | |

## NOTICE OF INSANITY DEFENSE

I, JEREMY SMITH, the above-named Defendant, through my attorney, Bonita L. Gunden,

Assistant Federal Public Defender, pursuant to Rule 12.2 of the Federal Rules of Criminal Procedure,

hereby notify the Office of the United States Attorney that I intend to rely upon the defense of

insanity at the time of the alleged offense.

Respectfully submitted,

RICHARD A. ANDERSON
Federal Public Defender
Northern District of Texas


 /s/ Bonita L. Gunden
BONITA L. GUNDEN
Assistant Federal Public Defender
500 S. Taylor, Suite 110
Amarillo, Texas 79101
Phone (806) 324-2370
Fax (806) 324-2372
Texas Bar No. 08620450

ATTORNEY FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 10, 2009, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to Assistant U.S. Attorney Christy L. Drake, the attorney of record in this case, who has consented in writing to accept this Notice as service of this document by electronic means.

 /s/ Bonita L. Gunden_____
BONITA L. GUNDEN