

FACTUAL RESUME

UNITED STATES OF AMERICA
V.
JEREMY SMITH, (1)
2:09-CR-32

---

PLEADING GUILTY TO COUNT 1 OF THE INDICTMENT

INDICTMENT: 18 U.S.C. § 844(e)-Mailing threats and false information.

MAXIMUM
PENALTY: Imprisonment for a period not more than **Ten (10) years**; a fine not to exceed **$250,000**, or twice any pecuniary gain to the defendant or loss to the victim(s); A term of supervised release of not more than **Three (3) years**, which must follow any term of imprisonment. If the defendant violates the conditions of supervised release, he could be imprisoned for the entire term of supervised release and be subject to additional supervised release; Restitution to victims or to the community, which may be mandatory under the law, and which the defendant agrees may include restitution arising from all relevant conduct, not limited to that arising from the offense of conviction alone; and costs of incarceration and supervision.

ASSESSMENT: Pursuant to Title 18, United States Code, Section 3013(a), a mandatory assessment of **$100.00** will be made.

ELEMENTS   *First:* That the defendant made a threat or maliciously conveyed false information,
*Second:* That the defendant knew the threat or information was false, and
*Third:* That the defendant used the mail to make the threat.

FACTS: On or about March 5, 2009, in the Amarillo Division of the Northern District of Texas, and elsewhere, the defendant, **Jeremy Smith**, did knowingly and willfully, through the use of the mail, an instrument of interstate commerce, make a threat and maliciously convey false information knowing the same to be false, concerning an attempt or alleged attempt being made or to be made to the United States Department of Justice and Federal Bureau of Investigation, to kill,

1

injure, and intimidate an individual and individuals, and to unlawfully damage and destroy a building, to wit, Federal Buildings and further, the communication contained threats to kill Americans, set fire and bomb Federal buildings, to kill U.S. Mail carriers, to kill Federal agents and the president of the United States, to commit a suicide bombing, and to commit other violent acts.

Jeremy Smith was an inmate at the Clements unit in Amarillo, Texas. In early 2009 he sent a letter to the FBI in which he stated that he was going to kill Americans and set fire to federal court buildings and blow up a detention center in Los Angeles, California, among other things. Smith was interviewed and admitted to writing and mailing the threatening letter, as well as other letters threatening to kill the President of the United States.

The defendant admits that he made a threat or maliciously conveyed false information; that he knew the threat or information was false, and that he used the mail to make the threat.

STATUS:   In custody.

I, JEREMY SMITH, Defendant, in the above case, hereby state that the facts set forth herein are true and correct.

Dated: _____May 5_____, 2010

_____
JEREMY SMITH
Defendant

Witnessed by:

_____
BONITA GUNDEN
Attorney for Defendant

2